UNITED STATES DISTRICT COURT
DISTRICT OF NEW HAMPSHIRE

John Kiernan

v.

The Town of Hudson, New Hampshire,
The City of Nashua, New Hampshire,      Case No. 13-cv-480-SM
Hudson Police Officer Cassandra Avery,
Hudson Police Officer Lt. Dave Bianchi,
Hudson Police Officer Dan Dolan, and
Nashua Police Officer Steve Ranfos


O R D E R

After due consideration of the plaintiff's objection and the City of Nashua's response filed on July 16 and July 25, 2014, respectively, I herewith approve the Report and Recommendation of Magistrate Judge Andrea K. Johnstone dated June 27, 2014, for the reasons set forth therein.

Defendants City of Nashua and Steve Ranfos's Motion to dismiss (doc. no. 7) and defendants Cassandra Avery and David Bianchi's Motion to Dismiss (doc no. 10) are hereby granted.


    SO ORDERED.

                                    _____
                                    Steven J. McAuliffe
                                    United States District Judge

Date: August 4, 2014

cc:  John Kiernan, pro se
     Brian J. S. Cullen, Esq.